ACCEPTED
15-25-00158-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/17/2025 12:05 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/17/2025 12:05:27 PM
CHRISTOPHER A. PRINE
Clerk

CASE NO. 15-25-00158-CV

☆☆☆

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AUSTIN, TEXAS

☆☆☆

KARIM HEMMASI
*Appellant/Plaintiff*

V.

MOHAMMAD ARAMI
*Appellee/Defendant*

---

On Appeal from the 480th Judicial District Court
Williamson County, Texas
Cause No. 22-1975-C368
Honorable Terence M. Davis, Presiding Judge

---

## APPELLANT'S MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF

---

**THE STRATTON LAW FIRM, P.L.L.C.**
John Robert Stratton
State Bar Nº 19361500
P. O. Box 2232
Austin, Texas 78768-2232
Telephone: 512 445-6262
Facsimile: 512 444-3726
E-Mail: JRStratton@StrattonLawFirm.com

**LAW OFFICE OF TOM MURPHY**
Tom Murphy
State Bar Nº 24013217
9600 Great Hills Trail, Ste. 150W
Austin, Texas 78759
(512) 477-5680 Office
(512) 589-1352 Cell
Email: Tom@TomMurphysLaw.com

*Attorneys for Appellant*

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Now comes Appellant Karim Hemmasi pursuant to TEX. R. APP. PROC. 10.5(b) and files his Motion To Extend Time For Filing Appellant's Brief and would respectfully show the Court:

1.     Appellant's Brief is currently due on December 3, 2025.

2.     Appellant seeks a fourteen (14) day extension of time to file his Brief, which would make the Appellant's Brief due on December 17, 2025.

3.     This is the first request for an extension of time to file Appellant's Brief. Appellee's counsel was permitted to withdraw as Appellee's counsel in this Appeal and thus this Motion should be considered to be opposed.

4.     A reasoned justification for the requested extension of time exists.

5.     Appellant has determined that the Transcript needs to be supplemented as an important portion of the Transcript was inadvertently not originally requested to be included. The requested supplement is important to a full presentation of the issues central to the Appeal.

6.     Mr. Steven Stogel, Official Court Reporter for the 480ᵗʰ District Court, Williamson County, Texas confirmed on November 13, 2025 that the delivery time for the requested supplement to the transcript would be two weeks. Appellant paid Mr. Stogel in full for the supplemental Transcript on November 14, 2025.

7.     Based on the foregoing, Appellant requests an extension of time to file Appellant's Brief in order to permit the preparation and submission of the supplemented Transcript.

8.     This requested extension is not sought for delay, but so that justice may be done.

**Wherefore, Premises Considered**, Appellant Karim Hemmasi respectfully requests that his deadline to file Appellant's Brief be extended by fourteen days (14) to December 17, 2025 and for all other relief to which Appellant may be justly entitled.

Respectfully submitted,

**THE STRATTON LAW FIRM, P.L.L.C.**

State Bar № 19361500
E-Mail: JRStratton@StrattonLawFirm.com
P. O. Box 2232
Austin, Texas 78768-2232
Telephone: 512 445-6262
Facsimile: 512 444-3726

**LAW OFFICE OF TOM MURPHY**

State Bar № 24013217
9600 Great Hills Trail, Ste. 150W
Austin, Texas 78759
Office: 512 477-5680
Cell: 512 589-1352
Email: Tom@TomMurphysLaw.com

*Attorneys for Appellant Karim Hemmasi*

## CERTIFICATE OF SERVICE

Signature above certifies that a true and correct copy of the foregoing document, including all exhibits and attachments, if any, was served on Appellee Mohammad Arami on November 17, 2025 by

■         Certified Mail, Return Receipt Requested

TO:
Mohammad Arami
8416 Cornerwood Drive
Austin, Texas 78717

■         Email:

TO:
Mohammad Arami: moearami@yahoo.com


## CERTIFICATE OF COMPLIANCE

In compliance with TEX. R. APP. PROC. 9.4(i)(3), this is to certify that the Appellant's Motion to Extend Time for Filing Appellant's Brief contains 285 words, which does not include the caption, signature, certificate of compliance and certificate of service.

John Robert Stratton